# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESSIE MCDANIEL, | ) |
| Plaintiff, | ) Case No. 2:15-cv-00003-JAD-PAL |
| vs. | ) **ORDER** |
| ROBERT A. MCDONALD, Secretary, United States Department of Veterans Affairs, | ) |
| Defendant. | ) |

This matter is before the Court on Defendant's Motion Requesting Exception to Early Neutral Evaluation ("ENE") Attendance Requirement (#23), filed on March 3, 2016.

Defendant requests the Court authorize Assistant United States Attorney Mark Woolf and Department of Veterans Affairs attorney Matthew Voss to attend the ENE. Defendant asserts that

> The ultimate authority to settle this case rests with the United States Attorney, the Civil Division Chief, or higher ranking officials within the Department of Justice ("DOJ"), depending on whether the client agency and DOJ officials agree with the proposed resolution. 28 C.F.R. § 0.168(a). It is simply not feasible, however, for these officials to attend each and every ENE.

*Motion (#23)*, pg. 3, ln. 7-12. The Court finds that Defendant has provided good cause to warrant an exception. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion Requesting Exception to Early Neutral Evaluation Attendance Requirement (#23) is **granted**.

DATED this 7th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge