# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Essie McDaniel, | 2:15-cv-0003-JAD-PAL |
| Plaintiff | |
| v. | **Order Granting Extension of Time (First Request)** |
| David J. Shulkin, Secretary, United States Department of Veterans Affairs, | ECF No. 74 |
| Defendant | |

Defendant moves for a two-week extension of time to oppose plaintiff's motion for summary judgment,[1] citing the need to communicate with key agency personnel who will be on vacation through June 19, 2017.[2] Good cause appearing, IT IS HEREBY ORDERED that the **Defendant's Motion for Extension of Time (First Request) [ECF No. 74] is GRANTED. The deadline for defendant's opposition to plaintiff's motion for summary judgment [ECF No. 70] is extended to June 28, 2017**.

DATED: June 2, 2017

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 70.

[2] ECF No. 74.